PROB 12M
(10/01-D/CO)

# UNITED STATES DISTRICT COURT

for

DISTRICT OF COLORADO

U. S. A. vs. Douglas Faler                                                                 Docket No. 05-cr-00534-WDM

**Amended Petition for Violation of Probation**

      COMES NOW, Carlos Morales, probation officer of the court, presenting an official report upon the conduct and attitude of Douglas Faler who was placed on supervision by the Honorable Richard G. Kopf, sitting on the court at Lincoln, Nebraska, on the 3rd day of June, 2005, who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall cooperate in the collection of DNA as directed by the probation officer, pursuant to the Public Law 108-405 (Revised DNA Collection Requirements under the Justice for All at of 2004), if such sample was not collected during imprisonment.

2. Paragraph #7 of the Standard Conditions of Supervision is modified, i.e., instead of merely refraining from excessive use of alcohol, the defendant shall not purchase, possess, use, distribute or administer any alcohol.  For the purpose of this condition, alcohol will be considered just the same as any other narcotic or controlled substance.

3. The defendant shall attend, pay for and successfully complete any diagnostic evaluation, treatment or counseling program, or approved support groups (e.g., AA/NA)for  alcohol and/or controlled substance abuse, as directed by the United States Probation officer.

4. The defendant shall provide United States probation officer with access to any requested financial information.

5. Pursuant to 18 U. S.C. § 3563 (a) (5), the defendant shall submit to a drug test within fifteen (15) days from today and at least two periodic drug tests thereafter to determine whether the defendant is using a controlled substances in an amount determined by the probation officer.  Further, the defendant shall submit to such testing as requested by the United States Probation officer to detect the presence of alcohol or controlled substances in the defendant's body fluids and to determine whether the defendant has used any of those substances.  Based on the defendant's ability to pay, the defendant shall pay for the collection of the urine samples to be tested for the presence of alcohol and/or controlled substances in an amount determined by the probation officer.

6. The defendant shall report to the United States Probation office for the District of Nebraska between the hours of 8:00 a.m. and 4:30 p.m., 100 Centennial Mall North, 530 U.S. Courthouse, Lincoln, Nebraska, (402) 437-5223, within seventy-two (72)  hours of being placed on probation and, thereafter, as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Petitioner states there is probable cause to believe that the Defendant has violated conditions of his
probation as more particularly described in the attachment which is incorporated by reference.

      Petitioner requests that the Court amend the previously filed petition dated April 4, 2006, to reflect the alleged violations of probation as they appear in the attachment to this petition.

I state under penalty of perjury that the foregoing matters are true and correct to the best of my knowledge and belief.

Executed this _____21_____ day of ___April___, 2006.

s/ Carlos Morales
Carlos Morales, Probation Officer

ORDER OF THE COURT

Based upon the foregoing, I find probable cause exists to believe the Defendant has violated conditions of his probation. I order that the previously filed petition dated April 4, 2006, be amended to reflect the alleged violations of probation as they appear in the attachment to this petition.

Dated this 26th day April, 2006.

s/ Walker D. Miller

WALKER D. MILLER, United States District Judge

**ATTACHMENT**

Attached hereto as Exhibit A and incorporated by reference is a true copy of the conditions of probation acknowledgment form which was signed by the defendant on June 28, 2005. His signature acknowledges that the conditions were read and explained to him, that he fully understood the conditions, and that he was provided with a copy of them.

The defendant has committed the following violations of probation:

1) **FAILURE TO PARTICIPATE IN DRUG TESTING:**

   On January 10, 2006, the defendant failed to comply with his drug testing requirements at the Larimer County Community Corrections Day Reporting Center. This constitutes a Grade C violation of probation.

This charge is based on the following facts:

   On April 20, 2006, notification was received from the Larimer County Community Corrections Day Reporting Center reflecting that the defendant failed to provide a urine specimen there on January 10, 2006, as required.

2) **FAILURE TO PARTICIPATE IN DRUG TESTING:**

   On January 21, 2006, the defendant failed to comply with his drug testing requirements at the Larimer County Community Corrections Day Reporting Center. This constitutes a Grade C violation of probation.

This charge is based on the following facts:

   On April 20, 2006, notification was received from the Larimer County Community Corrections Day Reporting Center reflecting that the defendant failed to provide a urine specimen there on January 21, 2006, as required.

3) **FAILURE TO PARTICIPATE IN DRUG TESTING:**

   On January 28, 2006, the defendant failed to comply with his drug testing requirements at the Larimer County Community Corrections Day Reporting Center. This constitutes a Grade C violation of probation.

This charge is based on the following facts:

   On April 20, 2006, notification was received from the Larimer County Community Corrections Day Reporting Center reflecting that the defendant failed to provide a urine specimen there on January 28, 2006, as required.

4) **FAILURE TO PARTICIPATE IN DRUG TESTING:**

   On February 13, 2006, the defendant failed to comply with his drug testing requirements at the Larimer County Community Corrections Day Reporting Center. This constitutes a Grade C violation of probation.

This charge is based on the following facts:

   On April 20, 2006, notification was received from the Larimer County Community Corrections Day Reporting Center reflecting that the defendant failed to provide a urine specimen there on February 13, 2006, as required.

5) **FAILURE TO PARTICIPATE IN DRUG TESTING:**

   On February 23, 2006, the defendant failed to comply with his drug testing requirements at the Larimer County Community Corrections Day Reporting Center. This constitutes a Grade C violation of probation.

This charge is based on the following facts:

   On April 20, 2006, notification was received from the Larimer County Community Corrections Day Reporting Center

reflecting that the defendant failed to provide a urine specimen there on February 23, 2006, as required.

6) **FAILURE TO PARTICIPATE IN DRUG TESTING:**

   On February 26, 2006, the defendant failed to comply with his drug testing requirements at the Larimer County Community Corrections Day Reporting Center.  This constitutes a Grade C violation of probation.

This charge is based on the following facts:

   On April 20, 2006, notification was received from the Larimer County Community Corrections Day Reporting Center reflecting that the defendant failed to provide a urine specimen there on February 26, 2006, as required.

7) **FAILURE TO PARTICIPATE IN DRUG TESTING:**

   On March 7, 2006, the defendant failed to comply with his drug testing requirements at the Larimer County Community Corrections Day Reporting Center.  This constitutes a Grade C violation of probation.

This charge is based on the following facts:

   On April 20, 2006, notification was received from the Larimer County Community Corrections Day Reporting Center reflecting that the defendant failed to provide a urine specimen there on March 7, 2006, as required.

8) **FAILURE TO PARTICIPATE IN DRUG TESTING:**

   On March 11, 2006, the defendant failed to comply with his drug testing requirements at the Larimer County Community Corrections Day Reporting Center.  This constitutes a Grade C violation of probation.

This charge is based on the following facts:

   On April 20, 2006, notification was received from the Larimer County Community Corrections Day Reporting Center reflecting that the defendant failed to provide a urine specimen there on March 11, 2006, as required.

9) **FAILURE TO PARTICIPATE IN DRUG TESTING:**

   On March 16, 2006, the defendant failed to comply with his drug testing requirements at the Larimer County Community Corrections Day Reporting Center.  This constitutes a Grade C violation of probation.

This charge is based on the following facts:

   On April 20, 2006, notification was received from the Larimer County Community Corrections Day Reporting Center reflecting that the defendant failed to provide a urine specimen there on March 16, 2006, as required.

10) **FAILURE TO PARTICIPATE IN DRUG TESTING:**

   On March 23, 2006, the defendant failed to comply with his drug testing requirements at the Larimer County Community Corrections Day Reporting Center.  This constitutes a Grade C violation of probation.

This charge is based on the following facts:

   On April 20, 2006, notification was received from the Larimer County Community Corrections Day Reporting Center reflecting that the defendant failed to provide a urine specimen there on March 23, 2006, as required.

11) **FAILURE TO PARTICIPATE IN DRUG TESTING:**

   On April 5, 2006, the defendant failed to comply with his drug testing requirements at the Larimer County Community Corrections Day Reporting Center.  This constitutes a Grade C violation of probation.

This charge is based on the following facts:

    On April 20, 2006, notification was received from the Larimer County Community Corrections Day Reporting Center reflecting that the defendant failed to provide a urine specimen there on April 5, 2006, as required.

12) **FAILURE TO PARTICIPATE IN DRUG TESTING:**

    On April 9, 2006, the defendant failed to comply with his drug testing requirements at the Larimer County Community Corrections Day Reporting Center.  This constitutes a Grade C violation of probation.

This charge is based on the following facts:

    On April 20, 2006, notification was received from the Larimer County Community Corrections Day Reporting Center reflecting that the defendant failed to provide a urine specimen there on April 9, 2006, as required.

13) **FAILURE TO PARTICIPATE IN DRUG/ALCOHOL TREATMENT/TESTING AS DIRECTED BY THE PROBATION OFFICER:**

    On or about January 19, 2006, defendant failed to attend an individual counseling session as scheduled at the Alcohol Counseling and Guidance Services Treatment Center in Fort Collins, Colorado.  This constitutes a Grade C violation of probation.

This charge is based on the following facts:

    On January 24, 2006, notification was received from the Alcohol Counseling and Guidance Services Treatment Center reflecting that the defendant failed to attend a scheduled individual counseling session there on January 19, 2006.

14) **FAILURE TO PARTICIPATE IN DRUG/ALCOHOL TREATMENT/TESTING AS DIRECTED BY THE PROBATION OFFICER:**

    On or about March 1, 2006, defendant failed to attend an individual counseling session as scheduled at the Alcohol Counseling and Guidance Services Treatment Center in Fort Collins, Colorado.  This constitutes a Grade C violation of probation.

This charge is based on the following facts:

    On March 3, 2006, notification was received from the Alcohol Counseling and Guidance Services Treatment Center reflecting that the defendant failed to attend a scheduled individual counseling session there on March 1, 2006.

15) **FAILURE TO PARTICIPATE IN DRUG/ALCOHOL TREATMENT/TESTING AS DIRECTED BY THE PROBATION OFFICER:**

    On or about March 23, 2006, defendant failed to attend an individual counseling session as scheduled at the Alcohol Counseling and Guidance Services Treatment Center in Fort Collins, Colorado.  This constitutes a Grade C violation of probation.

This charge is based on the following facts:

    On April 3, 2006, notification was received from the Alcohol Counseling and Guidance Services Treatment Center reflecting that the defendant failed to attend a scheduled individual counseling session there on March 23, 2006.